## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by BOULEY AND DANUBE RESTAURANTS and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Shawn Rodney Bertram
Full Legal Name (Print)

_____
Signature

08/21/08
Date