

RECEIVED  HOLWELL, S
AUG 21 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ANTANANTIS, on behalf of himself and others similarly situated,

        Plaintiff,

-against-

BOULEY BAKERY OPERATING LLC d/b/a BOULEY RESTAURANT, DANUBE OPERATING LLC d/b/a DANUBE RESTAURANT, and DAVID BOULEY,

        Defendants.

08 Civ. 6302 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows:

1. Defendants' time to answer, move, or otherwise respond to Plaintiff's complaint is extended to and including September 29, 2008.

2. Defendants hereby waive any objection to or defenses based upon the sufficiency of service of process.

3. This Stipulation may be executed in counterparts and by facsimile or email via pdf, and a signed copy of this Stipulation transmitted by facsimile or email via pdf shall be deemed an original for all purposes.

//
//
//
//
//

Dated: August 14, 2008
New York, New York

| | |
|---|---|
| JOSEPH, HERZFELD, HESTER<br>& KIRSCHENBAUM LLP<br><br>By: _____<br>Charles E. Joseph<br>D. Maimon Kirschenbaum<br><br>757 Third Avenue, 25th Floor<br>New York, NY 10017<br>(212) 688-5640<br>charles@jhllp.com<br>maimon@jhllp.com<br><br>*Attorneys for Plaintiff* | DAVIS & GILBERT LLP<br><br>By: _____<br>Gregg Gilman<br>Shira Franco<br><br>1740 Broadway<br>New York, NY 10019<br>(212) 468-4800<br>ggilman@dglaw.com<br>sfranco@dglaw.com<br><br>*Attorneys for Defendants* |

SO ORDERED:

_____
U.S.D.J.
8/25/08